In the Matter of the Accounting of Isaac S. Heller et al., as Executors of Pauline H. Rosenberg, Deceased Executrix, and Ephraim Samuels, as Executor of Hugo Rosenberg, Deceased.

Isaac S. Heller et al., as Executors of Pauline H. Rosenberg, Deceased Executrix of Hugo Rosenberg, Deceased, Appellants.

Sophie S. Samuels et al., Individually and as Executrices of Emma Schoenfeld, Deceased, et al., Respondents.

Argued November 23, 1942; decided January 7, 1943.

*Eugene A. Sherpick, Harold R. Medina, William Gilbert* and *Jacob R. Freund* for appellants.

*William Macy* for objectants, respondents.

*Martin Blau* for Ephraim Samuels, respondent.

Order affirmed, with costs, payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, LEWIS, CONWAY and DESMOND, JJ. Dissenting: RIPPEY, J.